IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

YELENA BEATRIZ RIOS HERNANDEZ,   CIVIL DIVISION

    Plaintiff,   CASE NO.:

v.

ROSS DRESS FOR LESS, INC., d/b/a ROSS
STORES, INC.,

    Defendant.

_____/

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

The Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ**, by and through the undersigned counsel, hereby sues the Defendant, **ROSS DRESS FOR LESS, INC., d/b/a ROSS STORES, INC.** and alleges:

1. This is an action for damages which exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest and costs, and otherwise within this Court's jurisdictional limits.

2. At all times material hereto, the Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ**, was and is a resident of Broward County, Florida, and is otherwise *sui juris*.

3. At all times material hereto, the Defendant, **ROSS DRESS FOR LESS, INC., d/b/a ROSS STORES, INC.**, was and is a Florida Corporation organized under the Laws of the State of Florida and doing business in Fort Lauderdale, Broward County, Florida.

4. Venue is proper in this County in that the Defendant does business in Broward County, Florida, and/or all of the acts complained of herein occurred in Broward County, Florida.

5. That on or about January 27, 2020, the Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ**, was a business invitee of the Defendant, **ROSS DRESS FOR LESS, INC., d/b/a ROSS**

EXHIBIT A

**STORES, INC's** premises located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306.

## COUNT I - NEGLIGENCE CLAIM AGAINST ROSS DRESS FOR LESS

6. Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

7. That at all times material hereto, and specifically on January 27, 2020, Defendant, **ROSS DRESS FOR LESS, INC., d/b/a ROSS STORES, INC.**, owned, managed, controlled, operated, and/or maintained the premises located at 3200 N Federal Hwy, Fort Lauderdale, FL 33306, in Broward County.

8. That on or about January 27, 2020, the Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ**, was lawfully in Defendant, **ROSS DRESS FOR LESS, INC., d/b/a ROSS STORES, INC.,'s** premises, when she slipped and fell due to water on the floor.

9. That the Defendant owed to its business invitees a duty to provide a reasonably safe environment.

10. That the Defendant, its agents, servants or employees, breached its duty owed to the Plaintiff by negligently maintaining its premises in the following manner:

    a. By failing to maintain the floor of the premises in a reasonably safe condition, to wit, allowing liquids such as water and/or other substances to accumulate on the floor, and to prevent dangerous conditions from occurring; and/or

    b. By failing to warn of the dangerous condition that existed at the time of the Plaintiff's incident; and/or

    c. Failing to place barricades, wet floor signs, or other marking devices utilized to alert customers such as the Plaintiff of the dangerous condition that existed at the time of Plaintiff's incident; and/or

    d. By failing to remove said water or other similar substance from the floor of the premises; and/or

    e. By failing to correct the hazardous condition of the premises when the Defendant knew or should have known that the general public visits said premises and specifically the Plaintiff herein; and/or

    f. Was otherwise negligent in the care, maintenance, and upkeep of the premises, and specifically by allowing a water and/or a similar substance to be left on the floor of the premises so as to cause the Plaintiff's injury.

  11. That the Defendant knew or in the exercise of reasonable care should have known of the existence of the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff, and the condition had existed for a sufficient length of time that the Defendant knew or should have known of the condition and could have easily remedied it; and/or

  12. That the hazardous and dangerous condition which constituted a dangerous condition to the Plaintiff occurred with such frequency that owner should have known of its existence.

  13. As a direct and proximate result of the aforementioned negligence of the Defendant, **ROSS DRESS FOR LESS, INC., d/b/a ROSS STORES, INC**, the Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ**, slipped on a liquid substance and/or a similar substance that had accumulated on the floor and sustained severe, grievous and permanent injuries, physical and mental pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, loss of earnings and impairment of earning capacity and/or permanent aggravation of a pre-existing condition, and further incurred hospital bills, medical bills, and/or other bills as a result of said injuries; said injuries are either

permanent or continuing in their nature and the Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ** will suffer the losses into the future.

WHEREFORE, Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ**, hereby demands judgment for damages, costs and interest from the Defendant, **ROSS DRESS FOR LESS, INC., d/b/a ROSS STORES, INC.**, together with whatever other relief the Court deems just and appropriate.

### DEMAND FOR JURY TRIAL

The Plaintiff, **YELENA BEATRIZ RIOS HERNANDEZ,** hereby demands trial by jury of all issues so triable as a matter of right.

Dated: October 16, 2020.

<div style="margin-left:40%">

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd, Suite PH
Miami, FL 33156
Phone: (305) 661-6000
Fax: (305) 670-7555
Email: mfagrait@rubensteinlaw.com
lbanciella@rubensteinlaw.com
eservice@rubensteinlaw.com

By:    /s/ *Miriam Fresco Agrait*
       **MIRIAM FRESCO AGRAIT**
       Florida Bar No.: 91428

</div>

# AFFIDAVIT OF SERVICE

**State of Florida**     **County of Broward**     **Circuit Court**

Case Number: CACE-20-016434

Plaintiff:
**YELENA BEATRIZ RIOS HERNANDEZ**

vs.

Defendant:
**ROSS DRESS FOR LESS, INC., D/B/A ROSS STORES, INC.,**

For:
MIRIAM FRESCO AGRAIT
RUBENSTEIN LAW, P.A.(MIAMI)
9130 S DADELAND BLVD
PH
MIAMI, FL 33156

Received by Executive Express Courier Services, LLC on the 9th day of October, 2020 at 9:00 am to be served on **ROSS DRESS FOR LESS, INC., D/B/A ROSS STORES, INC.,, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, Nelson Navarrete, being duly sworn, depose and say that on the **12th day of October, 2020** at **10:35 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint For Damages And Demand For Jury Trial, Interrogatories, Request For Production AND Request For Admissions** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SR CORP OPS MGR FOR CT CORPORATION SYSTEM/ R A** for **ROSS DRESS FOR LESS, INC., D/B/A ROSS STORES, INC.,**, at the address of: **1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and I am a Process Server, in good standing, in the Judicial Circuit in which the process was served. Under penalty of perjury I declared I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to Florida Statutes 92.525.

Subscribed and Sworn to before me on the 12th day of October, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

MARA GARCIA
MY COMMISSION #GG106770
EXPIRES: JUN 07, 2021
Bonded through 1st State Insurance

**Nelson Navarrete**
C.P.S. # 1906

Executive Express Courier Services, LLC
4460 N.W. 73 Avenue
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2020047117
Ref: 369489 HERNANDEZ VS ROSS

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1w

Filing # 114557485 E-Filed 10/07/2020 09:35:09 AM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

YELENA BEATRIZ RIOS HERNANDEZ,   CIVIL DIVISION

    Plaintiff,   CASE NO.: CACE-20-016434

v.

ROSS DRESS FOR LESS, INC., D/B/A ROSS
STORES, INC.,

    Defendant.
_____/

## SUMMONS

THE STATE OF FLORIDA:
To Each Sheriff of Said State:

    **YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, Request for Production and Interrogatories in this action on Defendant:

**Ross Dress for Less, INC., d/b/a Ross Stores, Inc.
1200 South Pine Island Road
Plantation, FL 33324**

Each Defendant is required to serve written defenses to the Complaint on Plaintiff's Attorney, to wit:

Miriam Fresco Agrait, Esquire
RUBENSTEIN LAW, P.A
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Tel: (305) 661-6000 / Fax: (305) 670-7555

within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED ON: on this ____ day of __   OCT 08 2020

Clerk of Said Court

BY: _____
As Deputy Clerk
(Court Seal)

**BRENDA D. FORMAN**

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 10/07/2020 09:35:07 AM.****

96857-7

# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
# IN AND FOR BROWARD COUNTY, FLORIDA

YELENA BEATRIZ RIOS HERNANDEZ,   CIRCUIT CIVIL DIVISION

   Plaintiff,   CASE NO. CACE20-016434

vs.

ROSS DRESS FOR LESS, INC., d/b/a
ROSS STORES, INC.,

   Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE take notice that Jason A. Glusman, Esquire of the law firm of WICKER SMITH O'HARA MCCOY & FORD, P.A., enters an appearance in the above-styled case on behalf of Defendant, Ross Dress for Less, Inc., d/b/a Ross Stores, Inc.

WE HEREBY CERTIFY that a copy hereof has been electronically served via Florida ePortal to: Miriam Fresco Agrait, Esquire, mfagrait@rubensteinlaw.com; lbanciella@rubensteinlaw.com; eservice@rubensteinlaw.com; on this 14th day of October, 2020.

                                      /s/ Jason A. Glusman
                                      Jason A. Glusman, Esquire
                                      Florida Bar No. 0419400
                                      WICKER SMITH O'HARA MCCOY & FORD, P.A.
                                      Attorneys for Ross Dress for Less, Inc.
                                      515 E. Las Olas Boulevard
                                      SunTrust Center, Suite 1400
                                      Ft. Lauderdale, FL 33301
                                      Phone: (954) 847-4800
                                      Fax: (954) 760-9353
                                      ftlcrtpleadings@wickersmith.com